**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Wilfred George Michielsen
    Bankruptcy Case No.  1-05-10000
    Unclaimed Funds For: Peoples Bank of Bridgeport
                        899 Main Street
                        Bridgeport CT 06604

Dear Clerk:

Enclosed herewith please find check No.76137? for $4,634.08 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager